An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ABDUL HOWARD,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63887

**FILED**

SEP 17 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a proper person notice of appeal. The notice of appeal states that this is an appeal from a purported order resolving a pretrial petition for a "writ of mandamus filed on June 20, 2013, hearing date on July 22, 2013." Eighth Judicial District Court, Clark County; Doug Smith, Judge.

Review of this appeal reveals a jurisdictional defect. Specifically, it appears from the district court minute entry for July 22, 2013, that the district court did not resolve appellant's pretrial petition for a writ of mandamus at the hearing on July 22, 2013, or on any other date, and no written order resolving the petition was been filed. Rather, it appears that the district court referred the matter to the chief judge for review and made no ruling on the petition. We therefore

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

13-27459

cc:    Hon. Doug Smith, District Judge
       Abdul Howard
       Bill A. Berrett
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk